IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES V. CAICO,

    Petitioner,                   No. CIV S-02-1363 DFL DAD P

    vs.

D. L. RUNNELS, et al.,

    Respondents.               ORDER

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 7, 2002, respondents were directed to file an answer to the petition and to include with the answer all transcripts and other documents relevant to a determination of the issues presented in the application.  On June 15, 2004, respondents lodged the Reporter's Transcript on Appeal.  Although respondents cite to the Clerk's Transcript on Appeal (Clerk's Transcript) in their answer (see Answer at 7), they have not lodged a copy with this court.  The court finds that the Clerk's Transcript is necessary to a determination of this action.  Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, petitioner will be directed to lodge the Clerk's Transcript within fourteen days.

/////

1            Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days
2 from the date of this order petitioner shall lodge with this court the Clerk's Transcript on Appeal.
3  DATED: September 27, 2006.
4
5                                _____
6                                DALE A. DROZD
                               UNITED STATES MAGISTRATE JUDGE
7 DAD:8:caico1363.o